UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-780 |
| v. | : | |
| GENE LEVOFF | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Joshua L. Haber (joshua.haber@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

s/ Joshua L. Haber
_____

By: Joshua L. Haber
Assistant U.S. Attorney

Dated:     November 2, 2022