## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GENE LEVOFF,<br><br>                Defendant. | Case 2:19-cr-00780-WJM<br><br>**SENTENCING SUBMISSION NOTICE<br>OF GENE LEVOFF** |

To the Clerk of Court and all parties of record:

Please be advised that, on this date, Defendant Gene Levoff, through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, appearing), submitted sentencing materials to the Court in this case in anticipation of the sentencing hearing set for November 29, 2023.

                                                Respectfully submitted,

Dated: Chatham, New Jersey     By: _____
         November 21, 2023
                                               Kevin H. Marino
                                               John D. Tortorella
                                               John A. Boyle
                                               MARINO, TORTORELLA & BOYLE, P.C.
                                               437 Southern Boulevard
                                               Chatham, New Jersey 07928-1488
                                               Tel.: (973) 824-9300
                                               Fax: (973) 824-8425
                                               kmarino@khmarino.com
                                               jtortorella@khmarino.com
                                               jboyle@khmarino.com
                                               *Attorneys for Defendant Gene Levoff*