DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GENE LEVOFF,<br><br>Defendant. | Criminal No. 19-780<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

    Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Gene Levoff.

Date: 11/22/2023

By:

VIKAS KHANNA
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

/s/ Joshua L. Haber
_____
Joshua L. Haber
Assistant U.S. Attorney