UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Newark                                                                                     Date: 12/7/2023

**JUDGE WILLIAM J. MARTINI**

Court Reporter: Diane DiTizii
Other: Chris Favazza, USPO

**TITLE OF CASE:**                                                      **2:19-CR-780-WJM**
UNITED STATES OF AMERICA
        v.
GENE LEVOFF

**APPEARANCES:**
AUSA Joshua Haber, Counsel for Gov't
Kevin Marino, Counsel for Defendant
John D. Tortorella, Counsel for Defendant
Defendant present

**NATURE OF PROCEEDINGS:**       *SENTENCING*

Probation: 4 years on Counts 1-6 of Indictment
**Special Conditions:**
**1. Community Service: 2,000 hours**
**2. Location Monitoring Program**
**3. Mental Health Treatment**
Excused from mandatory drug testing
Fine: $30,000.00 *($5,000.00 on each of Counts 1-6)*
Special Assessment: $600.00 due immediately *($100.00 on each of Counts 1-6)*
Forfeiture: $604,000.00 within 10 days of sentencing
Forfeiture Order to be filed
Defendant advised of right to appeal
Counts 7-12 dismissed on government motion

                                                                    Keith R. Guthrie, Deputy Clerk

Time Commenced: 1:30 p.m.
Time Adjourned: 2:30 a.m.